# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE (For a Petty Offense) |
|---|---|
| v. | CASE NUMBER: 09-PO-00148-DLW |
| LARRY CROUCH | Robert C. Duthie, III (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded Guilty to Counts 1 and 2 of the Information.

**ACCORDINGLY,** the Court has adjudicated that the Defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 U.S.C. 551, 36 C.F.R. 261.10(c) and 18 U.S.C. 2 | Conducting, Providing a Service to-wit: Outfitting by Guiding Horseback Riders Without Special Use Authorization | 09/26/09 | 1 |
| 16 U.S.C. 551, 36 C.F.R. 261.10(c) and 18 U.S.C. 2 | Conducting, Providing a Service to-wit: Outfitting by Guiding Horseback Riders Without Special Use Authorization | 09/26/09 | 2 |

The Defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the Defendant shall notify the court and United States Attorney of any material change in the Defendant's economic circumstances.

11/10/09
Date of Imposition of Judgment

s/David L. West
Signature of Judicial Officer

David L. West, U.S. Magistrate Judge
Name & Title of Judicial Officer

11/10/09
Date

DEFENDANT: LARRY CROUCH  
CASE NUMBER: 09-PO-00148-DLW                                          Judgment-Page 2 of 5

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 30 Days. Thirty days shall be suspended for a period of one year on the following conditions:

1. The Defendant shall pay a $5,000.00 fine and $10.00 special assessment fee for each count. Payment of the fines and special assessment fees shall be made immediately at time of sentencing.

2. The Defendant shall not enter any National Forest System Lands with horseback riders; he may enter such lands on horseback alone or with Clara Glaze.

3. The Defendant will commit nor further violations of law.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                               _____
                                               UNITED STATES MARSHAL

                                               By_____
                                               Deputy United States Marshal

DEFENDANT: LARRY CROUCH
CASE NUMBER: 09-PO-00148-DLW

Judgment-Page 3 of 5

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|---|---|---|---|---|
| 1 | $10.00 | 0 | $5,000.00 | $0.00 |
| 2 | $10.00 | 0 | $5,000.00 | $0.00 |
| **TOTALS** | $20.00 | $0.00 | $10,000.00 | $0.00 |

DEFENDANT: LARRY CROUCH  
CASE NUMBER: 09-PO-00148-DLW

Judgment-Page 4 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

Immediately

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment, (2) fine principal, (3) fine interest